***NOT FOR PUBLICATION***

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| FRANK RODRIGUEZ, *On behalf of himself and all others similarly situated,* | Civil Action No.: 18-7692(FLW) |
| Plaintiff, | |
| v. | **ORDER** |
| NORTHLAND GROUP, LLC, | |
| Defendant. | |

**THIS MATTER** having been opened to the Court by Andrew J. Blady, Esq., counsel for defendant Northland Group, LLC ("Defendant), on a motion to dismiss; it appearing that Plaintiff Frank Rodriquez ("Plaintiff"), through his counsel, Ari H. Marcus, Esq., opposes the motion; it appearing that the Court having considered the parties' submissions in connection with the motion pursuant to Fed. R. Civ. P. 78, for the reasons set forth in the Opinion filed on this date, and for good cause shown,

**IT IS** on this **13th** day of **December, 2018,**

**ORDERED** that Defendant's motion to dismiss is **GRANTED** in its entirety;

**ORDERED** that Plaintiff's Complaint is dismissed.

/s/ Freda L. Wolfson
Hon. Freda L. Wolfson
United States District Judge